## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                                      PLAINTIFF

v.                                              No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                                     DEFENDANT

### ORDER

Defendant, Dassault Falcon Jet Corporation, has filed a motion for extension of time to respond to plaintiff's complaint. Without objection, the motion is GRANTED. Document #2. The deadline for defendant to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including February 28, 2012.

IT IS SO ORDERED this 3rd day of February, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE