**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MONTE CARLO AVIATION CORPORATION                                             PLAINTIFF

v.                                    No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                              DEFENDANT

**ORDER**

The motion to appear *pro hac vice* of Philippe A. Zimmerman is GRANTED. Documents #9 and #12. Philippe A. Zimmerman is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE