IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                    PLAINTIFF

v.                            No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                     DEFENDANT

## ORDER

The motion to appear *pro hac vice* of Philippe A. Zimmerman is GRANTED. Documents #9 and #12. Philippe A. Zimmerman is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 20th day of March, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE