IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                              PLAINTIFF

v.                             No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                               DEFENDANT

## ORDER

The motion to appear *pro hac vice* of Mark N. Parry is GRANTED. Documents #10 and #13. Mark N. Parry is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 20th day of March, 2012.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE