## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                                      PLAINTIFF

v.                                    No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                                       DEFENDANT

## ORDER

The motion to appear *pro hac vice* of Mark N. Parry is GRANTED. Documents #10 and #13. Mark N. Parry is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE