# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                                    PLAINTIFF

v.                              No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                                    DEFENDANT

## ORDER

The motion to appear *pro hac vice* of Christopher R. Gresh is GRANTED. Documents #11 and #14. Christopher R. Gresh is hereby admitted to appear before this Court as co-counsel for the plaintiff in this action.

IT IS SO ORDERED this 20th day of March, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE