### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MONTE CARLO AVIATION CORPORATION                                              PLAINTIFF

v.                                      No. 4:12CV00028 JLH

DASSAULT FALCON JET CORPORATION                                               DEFENDANT

### ORDER

The defendant's motion to dismiss or, in the alternative, for a more definite statement is without merit because the complaint alleges the circumstances surrounding the alleged fraud with particularity. The arguments asserted in the motion go more to the merits of the claim than to the specificity and particularity with which the fraud is alleged. The motion to dismiss or, in the alternative, for a more definite statement is DENIED. Document #7.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE