**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTE CARLO AVIATION                                                                                    PLAINTIFF
CORPORATION

v.                                             No. 4:12CV00028 JLH

DASSAULT FALCON JET
CORPORATION                                                                                              DEFENDANT

## ORDER

The joint motion for stay is GRANTED. Document #69. This action is stayed pending the conclusion of Monte Carlo Aviation Corporation's appeal of the award in the arbitration proceeding in France. The Clerk is directed to terminate this action administratively. Either party may move to reopen the action within thirty days after the conclusion of all appeals relating to the arbitration award in France.

IT IS SO ORDERED this 7th day of February, 2014.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE